CRB
530

1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name  Hill        Ronald      W. Jr.
        (Last)      (First)     (Initial)

3  Prisoner Number  #J-12852

4  Institutional Address  C.S.P.~Solano, P.O. Box 4000

5  Bldg. #4-124 u., Vacaville, CA. 95696-4000

FILED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ronald W. Hill, Jr.
(Enter the full name of plaintiff in this action.)

vs.

D.K. Sisto,
Warden
C.S.P.~Solano,
Et. Al...,
(Enter the full name of respondent(s) or jailor in this action)

Case No.  CV 08  1083
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

CRB
(PR)

---

Read Comments Carefully Before Filling In

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1 | Who to Name as Respondent

2 | You must name the person in whose actual custody you are. This usually means the Warden or
3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper
5 | respondents.

6 | If you are not presently in custody pursuant to the state judgment against which you seek relief
7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8 | custody you are now and the Attorney General of the state in which the judgment you seek to attack
9 | was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11 | 1. What sentence are you challenging in this petition?

12 | (a) Name and location of court that imposed sentence (for example; Alameda
13 | County Superior Court, Oakland):
14 | SAN MATEO County Superior Court   SAN MATEO, CA.
15 | Court                                                                 Location

16 | (b) Case number, if known  SC60115
17 | (c) Date and terms of sentence (6-29-06)..., 29 YRS. 8 mo.
18 | (d) Are you now in custody serving this term? (Custody means being in jail, on
19 | parole or probation, etc.)   Yes ✓   No ____
20 | Where? VACAVILLE, CALIFORNIA
21 | Name of Institution: C.S.P.-SOLANO
22 | Address: P.O. Box 4000 (#4-■124u) VACAVILLE, CA. 95696-4000

23 | 2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 | challenging more than one sentence, you should file a different petition for each sentence.)
26 | PENAL Code SEC. 212.5, Subd.(C), PENAL Code SEC. 12022.53, Subd.(b);
27 | PENAL Code Sec. 1203.06, Subd.(a)(1), PENAL Code SEC. 460, Subd.(b), PENAL Code SEC.
28 | 666., PENAL Code SEC. 1203.085, Subd.(b)., PENAL Code SEC. 1203, Subd.(e)(4)., PENAL Code
SEC. ■ 1170.12, Subd.(C)(1) AND PENAL Code SEC. 667.5, Subd.(b).

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:    Yes ✓    No ___

    Preliminary Hearing:    Yes ✓    No ___

    Motion to Suppress:    Yes ___    No ✓

4. How did you plead?

    Guilty ___    Not Guilty ___    Nolo Contendere ✓

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have? **N/A**

    Jury ___    Judge alone ___    Judge alone on a transcript ___

6. Did you testify at your trial? **N/A**    Yes ___    No ___

7. Did you have an attorney at the following proceedings:

    (a) Arraignment    Yes ✓    No ___

    (b) Preliminary hearing    Yes ✓    No ___

    (c) Time of plea    Yes ✓    No ___

    (d) Trial    **N/A**    Yes ___    No ___

    (e) Sentencing    Yes ✓    No ___

    (f) Appeal    Yes ✓    No ___

    (g) Other post-conviction proceeding    Yes ___    No ✓

8. Did you appeal your conviction?    Yes ✓    No ___

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal    Yes ✓    No ___

    Year: **2006**    Result: **DENIED**

    Supreme Court of California    Yes ✓    No ___

    Year: **2007**    Result: **DENIED**

    Any other court    Yes ___    No ✓

    Year: **N/A**    Result: **N/A**

    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

|   |   |   |
|---|---|---|
| 1 | petition? N/A | Yes ▬  No ✓ |
| 2 | (c) Was there an opinion? N/A | Yes ____  No ____ |
| 3 | (d) Did you seek permission to file a late appeal under Rule 31(a)? N/A |
| 4 |   | Yes ____  No ____ |
| 5 | If you did, give the name of the court and the result: N/A |

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?        Yes ✓    No ____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Type of Proceeding: WRIT OF HABEAS CORPUS UNDER 28 U.S.C. Sec. 2254.

Grounds raised (Be brief but specific):

a. (THE SAME GROUNDS BROUGHT
b. ABOUT IN THE SUPERIOR COURT AND
c. THE STATE SUPREME COURTS!)
d. _____

Result: dismissed without PREJUDICE  Date of Result: 10-23-07

II. Name of Court: N/A
Type of Proceeding: N/A
Grounds raised (Be brief but specific): N/A

PET. FOR WRIT OF HAB. CORPUS        - 4 -

a. N/A
b. N/A
c. N/A
d. N/A
Result: N/A                              Date of Result: N/A

III. Name of Court: N/A
Type of Proceeding: N/A
Grounds raised (Be brief but specific): N/A
a. N/A
b. N/A
c. N/A
d. N/A
Result: N/A                              Date of Result: N/A

IV. Name of Court: N/A
Type of Proceeding: N/A
Grounds raised (Be brief but specific):
a. N/A
b. N/A
c. N/A
d. N/A
Result: N/A                              Date of Result: N/A

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court? N/A
                                   Yes _____    No _____
Name and location of court: N/A

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS           - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 | Claim One: **INEffective Assistance of Counsel!**

7 | Supporting Facts: **My Counsel did not fully explain all of my options plus did not ask for an Evidentiary Suppression hearing plus did not seek an Agreement that I Sought; No objections!**

11 | Claim Two: **A Breach of Contract in Regards to my Plea Bargain Agreement!**

13 | Supporting Facts: **I sought for a different Plea Bargain Agreement and it included a Lesser Sentence that was granted to me & the (2) Separate Superior Court's manipulated me to Receive Additional time!**

17 | Claim Three: **Psychologically impaired & Mentally Unable to fully Understand Legal Proceedings!**

19 | Supporting Facts: **My Mental Status was never questioned and Psychologically, I was impaired by not being able to fully understand the legal proceedings in there entirety, I'm a pyschotic in Remission!**

23 | If any of these grounds was not previously presented to any other court, state briefly which

24 | grounds were not presented and why:

**Claim Two & Supporting facts along with claim Three we're not presented to any other Courts, because I was & still are Mentally challenged plus did not know anything about legal proceeding and I'm truely a layman of the law, plus had a Jailhouse Lawyer; filing writ's for me.**

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  Stricklin v. Washington..., In-Re Winship..., People v.
5  Wende (1979) 25 Cal.3d 436..., 28 U.S.C. Sec. 2254(b)·(c)...,
6  O'Sullivan v. Boerckel, 526 U.S. 838, 845 (1999)..., and Et. Al...,
7  Do you have an attorney for this petition?         Yes____    No ✓
8  If you do, give the name and address of your attorney:
9  _____N/A_____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on  X Feb 14 2008              X Ronald W Hill jr
14          Date                              Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS         - 7 -

S155300

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re RONALD HILL, JR., on Habeas Corpus

The petition for writ of habeas corpus is denied. (See *People v. Duvall* (1995) 9 Cal.4th 464, 474; *In re Clark* (1993) 5 Cal.4th 750.)

SUPREME COURT
**FILED**

NOV 2 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
_____
Chief Justice

S153849

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re RONALD HILL, JR., on Habeas Corpus

The petition for writ of habeas corpus is denied. (See *In re Swain* (1949) 34 Cal.2d 300, 304; *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

SUPREME COURT
**FILED**

NOV 2 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
GEORGE
Chief Justice

**PROOF OF SERVICE BY MAIL**

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

Case Name : Ronald W HILL JR. D.K. Sisto, WARdeN

Case No. : Pending

I, Ronald HILL JR, hereby declare that I am over the age of 18, the petitioner in the above-entitled cause of action, my address as an inmate is:
P.O Box 4000 / Vacaville, CA 95696-4000.

On Feb 14, 2008, I delegated to prison officials the task of mailing, via the institution's internal mail system, (*Houston v. Lack*, 487 US 266 [101 L.Ed.2d 245; 108 S.Ct. 2379] (1988) the below entitled legal document(s):

Ronald W HILL JR  # J-12852

CSP - Solano P.O. Box 4000

VACAville, CA. 95696 - 4000

Bldg # 4 - 124 u

by placing said documents in a properly addressed and sealed envelope, with postage fully pre-paid and obtained the signature and date of the officer in turn on the sealing flap of the above-mentioned envelope at Facility " ", Housing Unit # 124  CSP-Solano  for which were addressed as follows:

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIF. 94102 - 9680

I further declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge and recollection herein and that this declaration was executed at California State Prison Vacaville, this 14 day of February.

Ronald W Hill jr
, Declarant

Feb 14, 2003

CV 08 1083 CRB (P.R)

ATTENTION COURT CLERK

Thank you very much Ahead of time for logging this writ and sending it to the appropriate channels.

Sincerely:
MR. Ronald Hill Jr.

Ronald Hill Jr

Ronald HILL JR # J-12852
CSP-Solano P.O. Box 4000
Vacaville, CA. 95696-4000
Bldg # 4 - 124 4

CSP SOLANO
STATE PRISON

RECEIVED
FEB 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIF. 94102 - 9680

LEGAL MAIL