1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10    Ronald W HILL JR.

11                          Plaintiff,          CASE NO. _____

12        vs.                                   **PRISONER'S**
                                                **APPLICATION TO PROCEED**
13    D.K. Sisto                                **IN FORMA PAUPERIS**

14    Warden of Solano Defendant.

15

16        I, Ronald HILL, declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22        In support of this application, I provide the following information:

23    1.    Are you presently employed? Yes _____ No ✓

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____ NONE _____          Net: _____ NONE _____

27    Employer: _____

28    _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received. (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____

5   _____

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9          a.      Business, Profession or              Yes ____ No __✓__

10                 self employment

11         b.      Income from stocks, bonds,           Yes ____ No __✓__

12                 or royalties?

13         c.      Rent payments?                       Yes ____ No __✓__

14         d.      Pensions, annuities, or              Yes ____ No __✓__

15                 life insurance payments?

16         e.      Federal or State welfare payments,   Yes ____ No __✓__

17                 Social Security or other govern-

18                 ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                            Yes ____ No __✓__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?        Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?        Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes _____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No ✓

_____

8.    What are your monthly expenses?

Rent: $ _____        Utilities: _____

Food: $ _____        Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.      Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10.      Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3/18/08_                    _Ronald W Hill, Jr._
DATE                         SIGNATURE OF APPLICANT

1

2                                        **Case Number:** _____

3                                                      )

4

5

6

7

8                              **CERTIFICATE OF FUNDS**

9                                        **IN**

10                          **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of __Ronald HILL__ for the last six months
                                                    [prisoner name]
14   __CSP - SolAno__ where (s)he is confined.
            [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ ____O____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $ ____O____.

18

19   Dated: __3-18-08__                    _____ Colter, E
                                           [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

Ronald Hill # J-12852

CSP - Solano P.O. Box 4000

Vacaville, CA. 95696-4000

Bldg # 4 - 124 ⊔



**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680