IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. HILL, JR.,              )<br>                                            )<br>         Petitioner,            )<br>                                            )<br>    vs.                              )<br>                                            )<br>D. K. SISTO, Warden,          )<br>                                            )<br>         Respondent.         )<br>_____ ) | No. C 08-1083 CRB (PR)<br><br>ORDER TO SHOW CAUSE<br><br>(Docket # 3) |

Petitioner, a state prisoner incarcerated at California State Prison, Solano, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. He also seeks to proceed in forma pauperis under 28 U.S.C. § 1915.

**BACKGROUND**

Pursuant to a plea bargain for a stipulated sentence, petitioner pleaded no contest to four second degree burglary counts and admitted personal firearm use as to each count, admitted a prior strike conviction and admitted two prior serious felony convictions. On June 29, 2006, he was sentenced to a total of 29 years and eight month in state prison.

1    On January 31, 2007, the California Court of Appeal found no arguable issues on appeal and affirmed the judgment of the trial court. Petitioner did not seek review from the Supreme Court of California, but did seek collateral review. On November 28, 2007, the state high court denied his final petitions for state habeas relief.

## DISCUSSION

### A.   Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

### B.   Claims

Petitioner seeks federal habeas corpus relief on the grounds that he received ineffective assistance of counsel and a sentence other than the one he bargained for as part of his plea agreement. He also claims that he was "psychologically impaired" and "mentally unable to fully understand [the] legal proceedings." Liberally construed, the claims appear cognizable under § 2254 and merit an answer from respondent. See Zichko v. Idaho, 247 F.3d 1015, 1020 (9th Cir. 2001) (federal courts must construe pro se petitions for writs of habeas corpus liberally).

/
/
/

2

**CONCLUSION**

For the foregoing reasons and for good cause shown,

1. Petitioner's request to proceed in forma pauperis (docket # 3) is GRANTED.

2. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

3. Respondent shall file with the court and serve on petitioner, within 60 days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within 30 days of his receipt of the answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within 30 days of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within 15 days of receipt of any opposition.

/

1  |   5.   Petitioner is reminded that all communications with the court must
2  | be served on respondent by mailing a true copy of the document to respondent's
3  | counsel. Petitioner must also keep the court and all parties informed of any
4  | change of address.
5  | SO ORDERED.
6  | DATED:   July 21, 2008
7  |                                             CHARLES R. BREYER
   |                                             United States District Judge

28 G:\PRO-SE\CRB\HC.08\Hill, R1.osc.wpd                    4

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W HILL JR, | Case Number: CV08-01083 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| D K SISTO et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald W. Hill J-12852
CSP - Solano
Bldg #4 - 124 U
P.O. Box 4000
Vacaville, CA 95696-4000

Attorney General's Office
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102

Dated: July 21, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk