IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD W HILL JR,

    Petitioner,

 v.

D K SISTO,

    Respondent(s).

No. C 08-1083 CRB (PR)

ORDER

Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED. Petitioner shall file a traverse by no later than February 27, 2009.

No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 11.

SO ORDERED.

DATED: Jan. 22, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Hill, R1.eot.wpd